**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE No. **1:25-cv-23221-KMW**

**JAN CARLOS PIMENTEL,**
*individually and on behalf*
*of all others similarly situated,*

Plaintiff,
vs.

**MUSTARD SEED FINANCIAL & INSURANCE, INC,**

Defendant(s).
___________________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Jan Carlos Pimentel, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *with* Prejudice in the above styled action. Defendant MUSTARD SEED FINANCIAL & INSURANCE, INC. has not filed an answer or motion for summary judgment.

DATED: October 15, 2025

Respectfully Submitted,

/s/ Mitchell Hansen .

**MITCHELL D. HANSEN, ESQ.**
Florida Bar No. 1065929
E-mail: mitchell@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: 754-444-7539
Fax:855-529-9540

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 15, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

/s/ Mitchell Hansen .

**MITCHELL D. HANSEN, ESQ.**
Florida Bar No. 1065929